### NATHANIEL P. TALLMADGE VS. JOSEPH WALLIS.

In the condition of a bond for security for costs, where plaintiff is a non-resident, the obligors should be bound to pay on demand all costs, &c.

*Motion by defendant that plaintiff file security for costs in twenty days, and that sureties justify ; in the mean time all proceedings on the part of the plaintiff to be stayed.*—The defendant procured an alternative order on the 30th November, 1844, for plaintiff to file security for costs in this cause, or show cause, &c. It appears that plaintiff had given a bond for security for costs, dated November 8, 1844, and prior to the commencement of this suit; and filed it on the 11th December last, together with an affidavit of justification. The suit was commenced by declaration, which was filed 9th November, 1844, and served on defendant the 12th of said November. The bond filed is executed by two sureties only, and not by plaintiff, with a condition that plaintiff shall pay on demand all costs, &c.; which bond defendant insists is not in conformity to the statute. See 5 *Hill*, 43.

P. CAGGER, *Defts Counsel.*          A. S. GARR, *Defts Atty.*

A. TABER, *Plffs Counsel.*          JAS. MONCRIEF, *Plffs Atty.*

NELSON, Chief Justice.—Held, that the condition of the bond should have required the *obligors* to pay on demand all costs, &c. The plaintiff being a non-resident, the defendants were not bound to seek him out to demand the costs of him.

*Decision.*—Motion granted.